**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chandler Lee

Plaintiff,

v.

Case No.: 1:26−cv−08888
Honorable Joan H. Lefkow

Hyatt Hotels Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 9/30/2026 at 9:30 a.m. in person in courtroom 2201. The parties may submit a joint proposed scheduling order in Word format to proposed_order_lefkow@ilnd.uscourts.gov or file a joint status report by 9/28/2026 if no status hearing is needed. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.